**No. 39374.**—Protest 936271–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. It appeared that the collector did not comply with the provision in issue of section 499. On the authority of *Freeman* v. *United States* (T. D. 48683) the protest was sustained.

**No. 39375.**—Protests 937103–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. On the record presented it was held that the liquidations of the entries in question were illegal. The protests were therefore sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 16, 1938

**No. 39376.**—Protest 476790–G of Rolland Frères, Inc. (New York).

Opinion by TILSON, J. Articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31 as claimed.

**No. 39377.**—Protests 643019–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J. From the record it was found that the merchandise consists of outerwear, knit, in chief value of wool valued at more than $2 per pound. The claim at 45 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39378.**—Protests 758983–G, etc., of Perlmann, Schal & Stern, Inc. (New York).

Opinion by TILSON, J. Burnt-out laces in chief value of cotton similar to those involved in *Field* v. *United States* (T. D. 46939) were held dutiable at 40 percent ad valorem under paragraph 923 and 10 cents per pound on the cotton contained therein under paragraph 924.